*Nathan L. Reibman,* with him *Joseph M. Reibman,* and *Reibman and Reibman,* for appellant.

*Milton B. Riskin,* with him *Robert J. Silberstein, McFadden, Riskin and Huston,* and *Wolf, Popper, Ross, Wolf & Jones,* for appellees.

OPINION PER CURIAM, January 24, 1974:

Decree affirmed. Each party pay own costs. See *Comerford Estate,* 388 Pa. 278, 130 A.2d 458 (1957); *Noonan Estate,* 361 Pa. 26, 63 A.2d 80 (1949); *Wentz's Estate,* 225 Pa. 566, 74 Atl. 424 (1909).

Mr. Chief Justice JONES took no part in the consideration or decision of this case.

## Commonwealth *v.* Wilson, Appellant.

Argued September 29, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Paul A. Simmons,* with him *Oliver N. Hormell,* and *Hormell, Tempest, Simmons, Bigi & Melenyzer,* for appellant.

*Roger J. Ecker,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
Judgment of sentence affirmed.

## Catena, Appellants, *v.* Wargo.

Argued March 13, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Nicholas J. Mikesic,* with him *Caram J. Abood,* and *Green, Gibson & Abood,* for appellants.

*R. Thomas Strayer,* for appellees.

OPINION PER CURIAM, March 25, 1974:
Decree affirmed. Each party to pay own costs.